```
 1  SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
    HAL CUNNINGHAM
 2  707 Broadway, Suite 1000
    San Diego, CA 92101
 3  Telephone: 619/233-4565
    619/233-0508 (fax)
 4  hcunningham@scott-scott.com
     – and –
 5  JOSEPH P. GUGLIELMO
    DONALD A. BROGGI
 6  JOSEPH D. COHEN
    The Chrysler Building,
 7  405 Lexington Avenue
    40th Floor,
 8  New York, NY 10174
    Telephone: 212/223-6444
 9  212/223-6334 (fax)
    jguglielmo@scott-scott.com
10  dbroggi@scott-scott.com
    jcohen@scott-scott.com
11
    Counsel for Plaintiff
12
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROSEMARY A. CRANE, PATRICK D. SPANGLER, PATRICK S. JONES, PETER C. BRANDT, PHILIPPE O. CHAMBON, DARREN W. COHEN, THOMAS L. HARRISON, GILBERT H. KLIMAN, JOHN E. VORIS, MARK A. WAN, JACOB J. WINEBAUM and EPOCRATES, INC.,<br><br>Defendants. | Case No.: CV-13-0945 LHK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING JOSEPH P. GUGLIELMO *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING JOSEPH P. GUGLIELMO *PRO HAC VICE*

Case No.: CV-13-0945 LHK

JOSEPH P. GUGLIELMO, whose business address and telephone number is Scott+Scott, Attorneys at Law, LLP, 405 Lexington Ave., 40th Floor, New York, NY 10174, (212) 223-6444, and who is an active member in good standing of the Bar of the State of New York, the Commonwealth of Massachusetts, and District of Columbia, having applied for admission to practice in the Northern District of California on a *pro hac vice* basis representing **Plaintiff The Police and Fire Retirement System of the City of Detroit**;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions on Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 25, 2013

*Lucy H. Koh*
_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING JOSEPH P. GUGLIELMO *PRO HAC VICE*

Case No.: CV-13-0945 LHK