1  SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
   HAL CUNNINGHAM
2  707 Broadway, Suite 1000
   San Diego, CA 92101
3  Telephone: 619/233-4565
   619/233-0508 (fax)
4  hcunningham@scott-scott.com
   – and –
5  JOSEPH P. GUGLIELMO
   DONALD A. BROGGI
6  JOSEPH D. COHEN
   The Chrysler Building,
7  405 Lexington Avenue
   40th Floor,
8  New York, NY 10174
   Telephone: 212/223-6444
9  212/223-6334 (fax)
   jguglielmo@scott-scott.com
10 dbroggi@scott-scott.com
   jcohen@scott-scott.com
11
   *Counsel for Plaintiff*
12

13                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
14                            SAN JOSE DIVISION

| | |
|---|---|
| 15  THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROSEMARY A. CRANE, PATRICK D. SPANGLER, PATRICK S. JONES, PETER C. BRANDT, PHILIPPE O. CHAMBON, DARREN W. COHEN, THOMAS L. HARRISON, GILBERT H. KLIMAN, JOHN E. VORIS, MARK A. WAN, JACOB J. WINEBAUM and EPOCRATES, INC.,<br><br>Defendants. | Case No.: CV-13-0945 LHK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING DONALD A. BROGGI *PRO HAC VICE* |

28
[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING DONALD A.
BROGGI *PRO HAC VICE*
                                                               Case No.: CV-13-0945 LHK

|     |     |
| --- | --- |
| 1   | Donald A. Broggi, whose business address and telephone number is Scott+Scott, Attorneys |
| 2   | at Law, LLP, 405 Lexington Ave., 40th Floor, New York, NY 10174, (212) 223-6444, and who is an |
| 3   | active member in good standing of the Bar of the States of New York and Pennsylvania, having |
| 4   | applied for admission to practice in the Northern District of California on a *pro hac vice* basis |
| 5   | representing Plaintiff     The Police and Fire Retirement System of the City of Detroit; |
| 6   |     |
| 7   | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |

conditions on Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 25, 2013

*Lucy H. Koh*
_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING DONALD A. BROGGI *PRO HAC VICE*

Case No.: CV-13-0945 LHK