1   JOSEPH P. GUGLIELMO (admitted *pro hac vice*)
2   DONALD A. BROGGI (admitted *pro hac vice*)
    JOSEPH D. COHEN (#155601)
3   SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
    The Chrysler Building
4   405 Lexington Avenue 40th Floor
    New York, NY 10174
5   Telephone: (212) 223-6444
    Facsimile:  (212) 223-6334
6
7   LIONEL Z. GLANCY (#134180)
    MICHAEL GOLDBERG (#188669)
8   ROBERT V. PRONGAY (#270796)
    CASEY E. SADLER (#274241)
9   GLANCY BINKOW & GOLDBERG LLP
    1925 Century Park East, Suite 2100
10  Los Angeles, California 90067
    Telephone: (310) 201-9150
11  Facsimile:  (310) 201-9160
12  E-mail: info@glancylaw.com
13  *Attorneys for Plaintiff*
14  *[Additional counsel on signature page]*

15              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
16                   **SAN JOSE DIVISION**

17  POLICE AND FIRE RETIREMENT          | Case No. C 13-00945 LHK
    SYSTEM OF THE CITY OF DETROIT,      |
18  Individually and On Behalf of All Others | CLASS ACTION
    Similarly Situated,                 |
19                                      | **STIPULATION AND [PROPOSED]**
           Plaintiff,                   | **ORDER TO CONTINUE THE INITIAL**
20                                      | **CASE MANAGEMENT CONFERENCE,**
           v.                           | **RESET RELATED DEADLINES AND**
21                                      | **EXTEND DEFENDANTS' TIME TO**
    ROSEMARY A. CRANE, PATRICK D.       | **ANSWER OR OTHERWISE RESPOND TO**
22  SPANGLER, PATRICK S. JONES,         | **THE COMPLAINT**
    PETER C. BRANDT, PHILIPPE O.        |
23  CHAMBON, DARREN W. COHEN,           | **[Civil L.R.  16-2, 7-12]**
    THOMAS L. HARRISON, GILBERT H.      | DATE:   June 6, 2013
24  KLIMAN, JOHN E. VORIS, MARK A.      | TIME:    2:00 p.m.
    WAN, JACOB J. WINEBAUM and          | COURTROOM: 8
25  EPOCRATES, INC.,                    |
26                                      |
           Defendants.                  | **Honorable Lucy H. Koh**
27
28
_____
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT
CONFERENCE, RESET RELATED DEADLINES AND EXTEND THE DEFENDANTS' TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT                              5:13-CV-00945-LHK

1    Pursuant to Civil Local Rules 16-2 and 7-12, Plaintiff Police and Fire Retirement System

2  of the City of Detroit ("Plaintiff") and Defendants Epocrates, Inc., Rosemary A. Crane, Patrick D.

3  Spangler, Patrick S. Jones, Peter C. Brandt, Philippe O. Chambon, Darren W. Cohen, Thomas L.

4  Harrison, Gilbert H. Kliman, John E. Voris, Mark A. Wan, and Jacob J. Winebaum (collectively,

5  "Defendants") (collectively, the "Parties") hereby agree and stipulate that good cause exists to

6  request an order from the Court rescheduling the Initial Case Management Conference currently

7  set for June 6, 2013 (pursuant to this Court's March 1, 2013 Order Setting Initial Case

8  Management Conference and ADR Deadlines (DE 2) (the "March 1, 2013 Order")), adjusting

9  accordingly the related deadlines set forth therein, and adjourning Defendants' time to answer,

10 move or otherwise respond to the Complaint as set forth herein.

11                                     **RECITALS**

12    WHEREAS, Plaintiff filed a complaint on March 1, 2013 (the "Complaint"), that asserts

13 claims under the Securities Act of 1933 (the "Securities Act") and the Securities Exchange Act of

14 1934 (the "Exchange Act") on behalf of a purported class against Defendants;

15    WHEREAS, the Private Securities Litigation Reform Act of 1995 (the "PSLRA") sets

16 forth mandatory, comprehensive and specific procedures governing the selection of a lead plaintiff

17 to oversee class actions brought under the federal securities laws. 15 U.S.C. §78u-4, *et seq.*;

18    WHEREAS, the PSLRA requires that notice of the commencement of an action be given

19 to permit other putative class members (who may seek to serve as lead plaintiff on behalf of the

20 class) the opportunity to file motions:  (a) to be appointed lead plaintiff, to oversee and direct the

21 prosecution of the action; and (b) to consolidate other complaints which may be filed arising from

22 the same nexus of operative facts.  *See* 15 U.S.C. §78u-4(a)(3)(A)&(B).  This notice must be given

23 within 20 days after the filing of the securities fraud class action.  15 U.S.C. §78u-4(a)(3)(A)(i).

24 Prospective lead plaintiffs are given sixty (60) days from the publication of notice to move for

25 appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(A)(i)(II), with the Court to rule upon the

26 competing motions – applying the rules laid out in 15 U.S.C. §78u-4(a)(3)(B)(iii)(I) – thereafter.

27

28

1    WHEREAS, Plaintiff asserts that the notice of the commencement of this action was

2  published on the *Globe Newswire* on March 8, 2013, advising all putative class members that they

3  have until May 7, 2013 to move for appointment as lead plaintiff.  *See* Docket Entry No. 6;

4    WHEREAS, Plaintiff anticipates that after the appointment of the lead plaintiff, lead

5  plaintiff will file an amended complaint;

6    WHEREAS, in effect, this action cannot be prosecuted against any defendant until this

7  Court first selects a lead plaintiff and lead counsel to represent the putative class;

8    WHEREAS, it would be more efficient to extend the time for Defendants to answer or

9  otherwise respond to the Complaint in the action until after the Court's appointment of a lead

10  plaintiff and lead plaintiff's designation of an operative complaint or filing of an amended

11  complaint;

12    WHEREAS, the March 1, 2013 Order directed the parties to meet, confer and complete

13  initial disclosures no later than May 15, 2013 in advance of the initial case management

14  conference currently set for June 5, 2013; and

15    WHEREAS, the parties believe that, because the PSLRA stays all discovery, including

16  initial disclosures, pending the disposition of motions to dismiss in securities actions such as this

17  one, it is appropriate to defer the initial case management conference and the completion of initial

18  disclosures until the lead plaintiff has been appointed, the lead plaintiff's selection of lead counsel

19  has been approved, the lead plaintiff has filed a consolidated amended complaint, Defendants have

20  had the opportunity to file any motion to dismiss, and the Court has ruled on Defendants'

21  anticipated motion to dismiss.  *See, e.g.*, *Medhekar v. United States Dist. Court*, 99 F.3d 325, 328-

22  29 (9th Cir. 1996) (holding F.R.C.P. 26(a)'s initial disclosure requirements are disclosures or other

23  proceedings for purposes of PSLRA's stay provision, and must be stayed pending disposition of

24  motion to dismiss).

25    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

26  parties through their undersigned counsel, that:

27

28

1.     Defendants need not answer, move or otherwise respond to the Complaint in this action until a date to be set following the appointment of a lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B) and the filing by such lead plaintiff of an amended complaint.

2.     Upon the Court's appointment of a lead plaintiff, the lead plaintiff will have sixty (60) days to designate an operative complaint or file an amended complaint.

3.     Upon the designation of an operative complaint or the filing of an amended complaint, Defendants will have sixty (60) days to answer, move against, or otherwise respond to the Complaint; the lead plaintiff will have forty-five (45) days to file opposition(s) to any motion(s) to dismiss filed by Defendants; and Defendants will have thirty (30) days to file replies to lead plaintiff's opposition(s).

4.     The Initial Case Management Conference shall be held thirty (30) days after an order directing Defendants to file an answer (if any), or as soon as possible thereafter consistent with the Court's schedule.

5.     This Stipulation is entered into without prejudice to any party seeking any interim relief.

6.     Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

7.     The Parties have not sought any other extensions of time in this action.

8.     The Parties do not seek to reset these dates for the purpose of delay, and the proposed new dates will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates.

WHEREFORE, the Parties respectfully request that this Court issue an order granting the Parties' request to reset the Initial Case Management Conference and related deadlines as set forth herein.

1    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2    Dated: April 30, 2013                    **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**

3                                             By:    /s/ Joseph P. Guglielmo

4                                                  Joseph P. Guglielmo (admitted *pro hac vice*)
                                             Donald A. Broggi (admitted *pro hac vice*)
5                                            Joseph D. Cohen (#155601)
                                             The Chrysler Building
6                                            405 Lexington Avenue 40th Floor
                                             New York, NY 10174
7                                            Telephone: (212) 223-6444
                                             Facsimile: (212) 223-6334
8                                            jguglielmo@scott-scott.com
                                             dbroggi@scott-scott.com
9                                            jcohen@scott-scott.com

10

11                                           **GLANCY BINKOW & GOLDBERG LLP**
                                             Lionel Z. Glancy
12                                           Michael Goldberg
                                             Robert V. Prongay
13                                           Casey E. Sadler
                                             1925 Century Park East, Suite 2100
14                                           Los Angeles, California 90067
                                             Telephone: (310) 201-9150
15                                           Facsimile: (310) 201-9160
                                             Email:  info@glancylaw.com
16

17                                           *Counsel for Plaintiff*

18   Dated: April 30, 2013                    **GOODWIN PROCTER LLP**

19

20                                           By:    /s/ Teodora E. Manolova
                                             Teodora E. Manolova (# 233333)
21                                           601 S. Figueroa St., 41st Floor
                                             Los Angeles, California 90017
22                                           Tel.:   (213) 426-2500
                                             Fax.:   (213) 623-1673
23                                           tmanolova@goodwinprocter.com

24                                           Deborah S. Birnbach (*pro hac vice* pending)
                                             Exchange Place
25                                           53 State Street
                                             Boston, Massachusetts 02109
26                                           Tel.:   (617) 570-1000
                                             Fax.:   (617) 523-1231
27                                           dbirnbach@goodwinprocter.com

28                                           *Counsel for Defendants*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT          5
CONFERENCE, RESET RELATED DEADLINES AND EXTEND THE DEFENDANTS' TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT                   5:13-CV-00945-LHK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

      The stipulation set forth above is GRANTED with the exception of Paragraph 4.  The initial Case Management Conference scheduled for May 15, 2013 shall be CONTINUED to September 18, 2013, at 1:30 p.m.  If the parties wish to continue the Case Management Conference again at that time, the parties may file a stipulation requesting a continuance.

DATED:  May 8, 2013

_____

Hon. Lucy H. Koh
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT
CONFERENCE, RESET RELATED DEADLINES AND EXTEND THE DEFENDANTS' TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT          5:13-CV-00945-LHK

6