UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Police and Fire Retirement System of the
City of Detroit,

                  Plaintiff(s),

v.

Rosemary A. Crane, et al.,

                  Defendant(s).

Case No: 5:13-cv-00945-LHK

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Amanda F. Lawrence, an active member in good standing of the bar of state of Connecticut, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Hal D. Cunningham, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
Scott+Scott, Attorneys at Law, LLP
156 South Main Street, PO Box 192
Colchester, CT 06415
MY TELEPHONE # OF RECORD:
860-537-5537
MY EMAIL ADDRESS OF RECORD:
alawrence@scott-scott.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
Scott+Scott, Attorneys at Law, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
619-233-4565
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
hcunningham@scott-scott.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 423508.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2013

                                  *Amanda Lawrence*
                                  APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Amanda F. Lawrence is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 21, 2013

                                  *Lucy H. Koh*
                                  Lucy H. Koh
                                  United States District Judge