UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Police and Fire Retirement System of the City of Detroit,<br><br>Plaintiff(s),<br><br>v.<br><br>Rosemary A. Crane, et al.,<br><br>Defendant(s). | Case No: 5:13-cv-00945-LHK<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Deborah Clark-Weintraub, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Hal D. Cunningham, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Scott+Scott, Attorneys at Law, LLP<br>The Chrysler Building<br>405 Lexington Ave., 40th Floor, New York, NY 10174 | Scott+Scott, Attorneys at Law, LLP<br>707 Broadway, Suite 1000<br>San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD:<br>212-223-6444 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>619-233-4565 |
| MY EMAIL ADDRESS OF RECORD:<br>dweintraub@scott-scott.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>hcunningham@scott-scott.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2107399.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 20, 2013

APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Deborah Clark-Weintraub is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 21, 2013

Lucy H. Koh
United States District Judge

*PRO HAC VICE* APPLICATION & ORDER