Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Police and Fire Retirement System of the City of Detroit )
Plaintiff(s), )
v. )
Rosemary A. Crane, et al., )
Defendant(s). )

Case No: 5:13-cv-00945-LHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Beth A. Kaswan, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Anne L. Box, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Scott+Scott, Attorneys at Law, LLP<br>The Chrysler Building<br>405 Lexington Ave., 40th Flr., New York, NY 10174 | Scott+Scott, Attorneys at Law, LLP<br>707 Broadway, Suite 1000<br>San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 223-6444 | (610) 233-4565 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bkaswan@scott-scott.com | abox@scott-scott.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1932714.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/10/14                                                    Beth A. Kaswan
                                                                           APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Beth A. Kaswan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 24, 2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Beth A. Kaswan

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the 15th day of May, 1984, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 7th day of July, 2014.



Robert D. Mayberger
Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2014, a copy of the foregoing was filed electronically via this Court's electronic filing system, and served via email on all parties registered to receive electronic notice. Notice of this filing will be served by mail on those not registered to receive such notice. Parties may access this filing through the Court's CM/ECF System.

 s/ Beth A. Kaswan
BETH A. KASWAN (*pro hac vice pending*)
SCOTT+SCOTT, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY  10174
Telephone:  212-223-6444
212-223-6334/fax
bkaswan@scott-scott.com

*Attorney for Plaintiff*