LIONEL Z. GLANCY (#134180)
MICHAEL M. GOLDBERG (#188669)
JOSHUA L. CROWELL (#295411)
ROBERT V. PRONGAY (#270796)
CASEY E. SADLER (#274241)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

BETH A. KASWAN (*pro hac vice* motion pending)
DEBORAH CLARK-WEINTRAUB
DONALD A. BROGGI
AMANDA F. LAWRENCE
JOSEPH D. COHEN (#155601)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, New York 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

*Attorneys for Lead Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and On Behalf of All Others Similarly Situated,,<br><br>Plaintiff,<br><br>v.<br><br>ROSEMARY A. CRANE, PATRICK D. SPANGLER, and EPOCRATES, INC.,,<br><br>Defendants. | Case No. 5:13-cv-00945-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINES FOR DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Dep't: 4, 17th Floor<br>Judge: Hon. Vince Chhabria |

Pursuant to Local Rule 6-2 and Your Honor's Standing Order for Civil Cases, this Stipulation is entered into by and among Lead Plaintiff Police and Fire Retirement System of the City of Detroit ("Lead Plaintiff") and Defendants Epocrates, Inc., Rosemary A. Crane, and Patrick D. Spangler ("Defendants"), by and through their respective attorneys of record.

WHEREAS, on June 25, 2014, Lead Plaintiff filed the Second Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 66);

WHEREAS, on July 14, 2014, Defendants filed their Motion to Dismiss the Second Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 67) (the "Motion"), with a noticed hearing date of September 18, 2014;

WHEREAS, currently Lead Plaintiff's opposition to the Motion is due on July 28, 2014, and Defendants' reply is due on August 4, 2014;

WHEREAS, due to scheduling conflicts for Lead Plaintiff's Counsel, the parties agreed to modify the briefing schedule for the Motion and move the hearing date;

WHEREAS, a new hearing date of October 2, 2014 has been reserved with the Court; and

WHEREAS, this is the first request for a modification of the schedule for this Motion;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that:

1. Plaintiffs' opposition is due on **August 11, 2014**;
2. Defendants' reply is due on **August 25, 2014**; and
3. The hearing on the Motion is scheduled for **October 2, 2014 at 1:30 p.m**.

**SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: July 24, 2014 | GLANCY BINKOW & GOLDBERG LLP |
| 2 | | By:  */s Joshua L. Crowell* |
| 3 | | Lionel Z. Glancy |
| | | Michael M. Goldberg |
| 4 | | Joshua L. Crowell |
| | | Robert V. Prongay |
| 5 | | Casey E. Sadler |
| 6 | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, California 90067 |
| 7 | | Telephone:  (310) 201-9150 |
| | | Facsimile:  (310) 201-9160 |
| 8 | | Email:  info@glancylaw.com |
| 9 | | SCOTT+SCOTT, ATTORNEYS AT LAW, LLP |
| 10 | | Beth A. Kaswan (*pro hac vice* motion pending) |
| | | Deborah Clark-Weintraub |
| 11 | | Donald A. Broggi |
| | | Amanda F. Lawrence |
| 12 | | Joseph D. Cohen |
| 13 | | The Chrysler Building |
| | | 405 Lexington Avenue. 40th Floor |
| 14 | | New York, New York 10174 |
| | | Telephone:  (212) 223-6444 |
| 15 | | Facsimile:  (212) 223-6334 |
| | | Email:  dweintraub@scott-scott.com |
| 16 | | |
| 17 | | DAVID R. SCOTT |
| | | 156 South Main Street, P.O. Box 192 |
| 18 | | Colchester, Connecticut 06415 |
| | | Telephone:  (860) 537-5537 |
| 19 | | Facsimile:  (860) 537-4432 |
| | | Email: david.scott@scott-scott.com |
| 20 | | |
| 21 | | *Attorneys for Lead Plaintiff* |

---

STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINES FOR MOTION TO DISMISS
Case No. 5:13-cv-00945-VC

287327.3

2

1  DATED: July 24, 2014                    GOODWIN PROCTER LLP

2

3                                          By: _/s Michael T. Jones_____
                                            Michael T. Jones (SBN 290660)
4                                           135 Commonwealth Drive
                                            Menlo Park, California 94025
5                                           Tel.: 650.752.3100
                                            Fax: 650.853.1038
6                                           mjones@goodwinprocter.com

7
                                            Deborah S. Birnbach (*pro hac vice*)
8                                           Exchange Place
                                            53 State Street
9                                           Boston, Massachusetts 02109
                                            Tel.: 617.570.1000
10                                          Fax: 617.523.1231
                                            dbirnbach@goodwinprocter.com
11
                                            Teodora E. Manolova (SBN 233333)
12                                          601 S Figueroa St., 41st Floor
                                            Los Angeles, California 90017
13                                          Tel: 213.426.2500
                                            Fax: 213.623.1673
14                                          tmanolova@goodwinprocter.com
15
                                            *Counsel for Defendants*
16

17

18

19

20

21

22

23

24

25

26

27

28

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 | DATED: July __25__, 2014



5 | _____
Honorable
United States

STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINES FOR MOTION TO DISMISS
Case No. 5:13-cv-00945-VC

287327.3

4

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1925 Century Park East, Suite 2100, Los Angeles, CA 90067.

On July 24, 2014, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINES FOR DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** on the interested parties in this action as listed on the Court's ECF Service List.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 24, 2014, at Los Angeles, California.

*s/Joshua L. Crowell*
Joshua L. Crowell