United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT,<br><br>Plaintiff,<br><br>v.<br><br>ROSEMARY A. CRANE, et al.,<br><br>Defendants. | Case No. 13-cv-00945-VC<br><br>**ORDER GRANTING MOTION TO AMEND; DENYING AS MOOT THE MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Re: Docket No. 67 |
|---|---|

At the end of the hearing on the motion to dismiss the second amended complaint, counsel for the plaintiff made an oral motion to amend the second amended complaint to address the concerns discussed at the hearing. This motion is granted, and therefore the motion to dismiss the second amended complaint is denied as moot. The plaintiff shall have 21 days to file a third amended complaint.

**IT IS SO ORDERED**.

Dated: October 2, 2014

_____
VINCE CHHABRIA
United States District Judge