1  DEBORAH S. BIRNBACH (*pro hac vice*)
   dbirnbach@goodwinprocter.com
2  **GOODWIN PROCTER LLP**
   53 State Street
3  Boston, Massachusetts 02109
   Tel:       617.570.1000
4  Fax:       617.523.1231

5  Michael T. Jones (SBN 290660)
   mjones@goodwinprocter.com
6  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
7  Menlo Park, California 94025
   Tel.:      650.752.3100
8  Fax.:      650.853.1038

9  Teodora E. Manolova (SBN 233333)
   tmanolova@goodwinprocter.com
10 **GOODWIN PROCTER LLP**
   601 S. Figueroa St., 41st Floor
11 Los Angeles, California 90017
   Tel.:      213.426.2500
12 Fax.:      213.623.1673

13 Attorneys for Defendants
   Epocrates, Inc., Rosemary A. Crane,
14 and Patrick D. Spangler

15 [*Additional parties and counsel listed on signature page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROSEMARY A. CRANE, PATRICK D. SPANGLER, and EPOCRATES, INC.,<br><br>Defendants. | Case No. 3:13-CV-00945-VC<br><br>CLASS ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR TWO-DAYS EXTENSION OF DEFENDANTS' DEADLINE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>Date:      Dec. 18, 2014<br>Time:      10:00 a.m.<br>Dept:      4, 17th Floor<br>Judge:     Hon. Vince Chhabria |

296798.1

1   Pursuant to Local Rule 6-2 and Your Honor's Standing Order for Civil Cases, this
2  Stipulation is entered into by and among Lead Plaintiff Police and Fire Retirement System of the
3  City of Detroit ("Lead Plaintiff") and Defendants Epocrates, Inc., Rosemary A. Crane, and Patrick
4  D. Spangler ("Defendants"), by and through their respective attorneys of record.
5   WHEREAS, on November 10, 2014, Defendants filed their Motion to Dismiss the Third
6  Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 82) (the
7  "Motion"), with a noticed hearing date of December 18, 2014;
8   WHEREAS, on November 24, 2014, Lead Plaintiff filed its opposition to the Motion (ECF
9  No. 85);
10   WHEREAS, currently Defendants' reply brief is due on December 1, 2014;
11   WHEREAS, Defendants requested, and Lead Plaintiff agreed to, a short two-day extension
12  of Defendants' deadline to file their reply brief, and good cause exists for the extension due to the
13  Thanksgiving holiday; and
14   WHEREAS, this is the first request for a modification of the schedule for this Motion;
15   THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties
16  hereto, that:
17   1.   Defendants' reply is due on **December 3, 2014**.
18   2.   Hearing Date on the Motion remains:  **December 18, 2014**.
19   **SO STIPULATED.**
20  Dated: November 25, 2014        **GLANCY BINKOW & GOLDBERG LLP**

By: */s/ Joshua Crowell (with permission)*
Lionel Z. Glancy
Michael Goldberg
Joshua Crowell
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160

**SCOTT+SCOTT LLP**
Beth A. Kaswan (*pro hac vice*)

296798.1            1

Deborah Clark-Weintraub (*pro hac vice*)
Donald A. Broggi (*pro hac vice*)
Amanda F. Lawrence (*pro hac vice*)
Joseph D. Cohen
The Chrysler Building
405 Lexington Avenue 40th Floor
New York, NY 10174
Tel: (212) 223-6444
Fax: (212) 223-6334

David R. Scott
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432

*Counsel for Lead Plaintiff*

| | |
|---|---|
| Dated: November 25, 2014 | **GOODWIN PROCTER LLP** |

By: :  /s/ *Michael T. Jones*
Michael T. Jones (SBN 290660)
135 Commonwealth Drive
Menlo Park, California 94025
Tel.:    650.752.3100
Fax:    650.853.1038

Deborah S. Birnbach (*pro hac vice*)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel.:    617.570.1000
Fax:    617.523.1231

Teodora E. Manolova (SBN 233333)
601 S Figueroa St., 41st Floor
Los Angeles, California 90017
Tel: 213.426.2500
Fax: 213.623.1673

*Counsel for Defendants*

296798.1

2

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3 | DATED:  November 26 , 2014

4

5 | _____
Honorable Vince Chhabria
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

296798.1                                     3