1  DEBORAH S. BIRNBACH (*pro hac vice*)
   dbirnbach@goodwinprocter.com
2  **GOODWIN PROCTER LLP**
   53 State Street
3  Boston, Massachusetts 02109
   Tel:     617.570.1000
4  Fax:     617.523.1231

5  Michael T. Jones (SBN 290660)
   *mjones@goodwinprocter.com*
6  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
7  Menlo Park, California 94025
   Tel.:    650.752.3100
8  Fax.:    650.853.1038

9  Teodora E. Manolova (SBN 233333)
   *tmanolova@goodwinprocter.com*
10 **GOODWIN PROCTER LLP**
   601 S. Figueroa St., 41st Floor
11 Los Angeles, California 90017
   Tel.:    213.426.2500
12 Fax.:    213.623.1673

13 Attorneys for Defendants
   Epocrates, Inc., Rosemary A. Crane,
14 and Patrick D. Spangler

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:13-CV-00945-VC |
| | <u>CLASS ACTION</u> |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE AND FOR EXTENSION OF TIME TO ANSWER THIRD AMENDED COMPLAINT** |
| v. | |
| ROSEMARY A. CRANE, PATRICK D. SPANGLER, and EPOCRATES, INC., | AS MODIFIED |
| Defendants. | Dept:    4, 17th Floor |
| | Judge:   Hon. Vince Chhabria |

1  Pursuant to Civil Local Rules 7-12 and 16-2, Defendants Rosemary A. Crane, Patrick D.
2  Spangler, and Epocrates, Inc. ("Defendants") and Lead Plaintiff Police and Fire Retirement System
3  of the City of Detroit ("Lead Plaintiff") (collectively "Parties") hereby agree and stipulate that good
4  cause exists to request an order from the Court: (i) extending Defendants' time to answer Lead
5  Plaintiff's Third Amended Complaint; and (ii) rescheduling the April 7, 2015 telephonic case
6  management conference to April 14, 2015.

7  **RECITALS**

8  WHEREAS, on March 13, 2015, the Court issued an Order denying Defendants' motion to
9  dismiss the Third Amended Complaint ("TAC"), and scheduling a telephonic case management
10 conference for April 7, 2015;

11 WHEREAS, due to scheduling conflicts for Defendants' counsel, Defendants have
12 requested, and Lead Plaintiff has agreed, subject to the approval of the Court, to reschedule the
13 April 7, 2015 telephonic case management conference to April 14, 2015;

14 WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(4)(A), the March 27, 2015 deadline by
15 which Defendants are to answer or otherwise respond to the TAC has not yet expired;

16 WHEREAS, Defendants have requested, and Lead Plaintiff has agreed, to extend by thirty
17 days the time for the Defendants to answer the TAC;

18 WHEREAS, this is the first request for a modification of the schedule following the
19 Court's March 13, 2015 order; and

20 WHEREAS, the Parties do not seek to reset these dates for the purpose of delay, and the
21 proposed new dates will not have an effect on any pre-trial and trial dates as the Court has yet to
22 schedule these dates.

23 IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their
24 undersigned counsel, subject to the approval of the Court, that:

25  1.  The April 7, 2015 telephonic case management conference is rescheduled to an
26 April 14, 2015 telephonic case management conference, and all related deadlines reset accordingly.

27  2.  Defendants shall answer the TAC by or before April 27, 2015.

28  3.  This Stipulation is entered into without prejudice to any party seeking any interim

1

1  relief.

2  **IT IS SO STIPULATED.**

3  Dated:  March 20, 2015                    **GOODWIN PROCTER LLP**

5                                             By:  */s/ Michael T. Jones*

6                                             Michael T. Jones (# 290660)
                                              135 Commonwealth Drive
7                                             Menlo Park, CA 94025
                                              Tel.: (650) 752-3100
8                                             Fax.: (650) 853-1038
                                              mjones@goodwinprocter.com

10                                            Deborah S. Birnbach (*admitted pro hac vice*)
                                              Exchange Place
11                                            53 State Street
                                              Boston, Massachusetts 02109
12                                            Tel.: (617) 570-1000
                                              Fax.: (617) 523-1231
13                                            dbirnbach@goodwinprocter.com

14                                            Teodora E. Manolova (# 233333)
                                              601 S. Figueroa St., 41st Floor
15                                            Los Angeles, California 90017
16                                            Tel.: (213) 426-2500
                                              Fax.: (213) 623-1673
17                                            tmanolova@goodwinprocter.com

18                                            *Counsel for Defendants*

20  Dated:  March 20, 2015                    **GLANCY BINKOW & GOLDBERG LLP**

21                                            By:  */s/ Joshua L. Crowell*
22                                            Lionel Z. Glancy (# 134180)
                                              Michael Goldberg (#188669)
23                                            Joshua L. Crowell (*admitted pro hac vice*)
                                              Robert V. Prongay (#270796)
24                                            Casey E. Sadler (#274241)
                                              1925 Century Park East, Suite 2100
25                                            Los Angeles, California 90067
                                              Telephone: (310) 201-9150
26                                            Facsimile: (310) 201-9160
27                                            Email: info@glancylaw.com

28

2

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE & FOR
EXTENSION OF TIME TO ANSWER THIRD AMENDED COMPLAINT (Case No. 3:13-CV-00945-VC)

| | |
|---|---|
| 1 | **SCOTT+SCOTT LLP** |
| 2 | Beth A. Kaswan (*admitted pro hac vice*) |
|   | Deborah Clark-Weintraub (*admitted pro hac vice*) |
| 3 | Amanda F. Lawrence (*admitted pro hac vice*) |
|   | The Chrysler Building |
| 4 | 405 Lexington Avenue 40th Floor |
|   | New York, NY 10174 |
| 5 | Telephone: (212) 223-6444 |
|   | Facsimile: (212) 223-6334 |
| 6 | bkasawan@scott-scott.com |

*Counsel for Lead Plaintiff*

3

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE & FOR EXTENSION OF TIME TO ANSWER THIRD AMENDED COMPLAINT (Case No. 3:13-CV-00945-VC)

*The plaintiff shall provide the Court and opposing counsel a conference line no later than 3 court days before the telephonic conference.*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED: March __25____, 2015

4

5

6  _____
   Honorable Vince Chhabria
7  United States District Judge

4

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE & FOR EXTENSION OF TIME TO ANSWER THIRD AMENDED COMPLAINT (Case No. 3:13-CV-00945-VC)