LIONEL Z. GLANCY (#134180)
JOSHUA L. CROWELL (#295411)
ROBERT V. PRONGAY (#270796)
CASEY E. SADLER (#274241)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

BETH A. KASWAN (*pro hac vice*)
DEBORAH CLARK-WEINTRAUB (*pro hac vice*)
AMANDA F. LAWRENCE (*pro hac vice*)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, New York 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

*Attorneys for Lead Plaintiff Fire Retirement System of the City of Detroit and the Class*

*[Additional counsel appear on signature page.]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROSEMARY A. CRANE, PATRICK D. SPANGLER, and EPOCRATES, INC.,<br><br>    Defendants. | Case No. 13-cv-00945-VC<br><br>**STIPULATED [AND ~~PROPOSED~~] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

---

STIPULATED [AND PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE
Case No. 13-cv-00945-VC

1  Pursuant to Civil Local Rules 16-2 and 7-12 and Rule 11 of Your Honor's Standing Order
2  for Civil Cases, Plaintiff Police and Fire Retirement System of the City of Detroit ("Plaintiff") and
3  Defendants Epocrates, Inc., Rosemary A. Crane and Patrick D. Spangler (collectively,
4  "Defendants") (collectively, the "Parties") hereby agree and stipulate that good cause exists to
5  request an order from the Court rescheduling the case management conference currently set for
6  April 14, 2015 to July 7, 2015 in order to permit the Parties to engage in an in-person mediation
7  with a private mediator scheduled for June 23, 2015.

**RECITALS**

9  WHEREAS, on March 13, 2015, the Court issued an Order denying Defendants' Motion
10 to Dismiss the Third Amended Complaint, and scheduling a telephonic case management
11 conference for April 7, 2015;

12 WHEREAS, based upon Defendants' request due to scheduling conflicts, the Court
13 rescheduled the case management conference for April 14, 2015;

14 WHEREAS, beginning on Tuesday, March 31, 2015, the Parties engaged in discussions
15 and agreed to explore a potential resolution of this matter through mediation;

16 WHEREAS, the Parties have agreed to participate in an in-person mediation session on
17 June 23, 2015 before the Honorable Layn R. Phillips (one of the earliest dates Judge Phillips is
18 available for the Parties);

19 WHEREAS, the Parties have agreed to engage in certain limited pre-mediation discovery
20 between now and June 23, 2015;

21 WHEREAS, this is the second request for a modification of the schedule following the
22 Court's March 13, 2015 order; and

23 WHEREAS, the Parties do not seek to reset these dates for the purpose of delay, and the
24 proposed new date will not have an effect on any pre-trial and trial dates as the Court has yet to
25 schedule these dates.

26 THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
27 Parties through their undersigned counsel, subject to the Court's entry and approval, that:

28 1. The April 14, 2015 telephonic case management conference is rescheduled to July


1  7, 2015, and all related deadlines are reset accordingly.

2       2.       The Parties will inform the Court prior to the July 7, 2015 conference if a
3  settlement agreement has been reached between the Parties.

4       **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

5

6  Dated: April 6, 2015                         **GLANCY BINKOW & GOLDBERG LLP**

7                                               By: */s/ Joshua L. Crowell*
                                                Lionel Z. Glancy
8                                               Michael Goldberg
                                                Joshua Crowell
9                                               Robert V. Prongay
                                                Casey E. Sadler
10                                              1925 Century Park East, Suite 2100
                                                Los Angeles, California 90067
11                                              Telephone: (310) 201-9150
                                                Facsimile: (310) 201-9160
12                                              Email:  info@glancylaw.com
13
                                                **SCOTT+SCOTT LLP**
14                                              Beth A. Kaswan (*admitted pro hac vice*)
                                                Deborah Clark-Weintraub (*admitted pro hac vice*)
15                                              Amanda F. Lawrence (*admitted pro hac vice*)
16                                              The Chrysler Building
                                                405 Lexington Avenue 40th Floor
17                                              New York, NY 10174
                                                Telephone: (212) 223-6444
18                                              Facsimile: (212) 223-6334
                                                bkaswan@scott-scott.com
19
20                                              *Attorneys for Lead Plaintiff Fire Retirement*
                                                *System of the City of Detroit and the Class*
21

22

23

24

25

26

27

28

| | |
|---|---|
| Dated: April 6, 2015 | **GOODWIN PROCTER LLP** |
| | By: */s/ Michael T. Jones* |
| | Michael T. Jones |
| | **GOODWIN PROCTER LLP** |
| | 135 Commonwealth Drive |
| | Menlo Park, California 94025 |
| | Tel.:   650.752.3100 |
| | Fax.:   650.853.1038 |
| | |
| | Deborah S. Birnbach *(*admitted *pro hac vice*) |
| | **GOODWIN PROCTER LLP** |
| | Exchange Place |
| | 53 State Street |
| | Boston, Massachusetts 02109 |
| | Tel.:   617.570.1000 |
| | Fax.:   617.523.1231 |
| | |
| | Teodora E. Manolova |
| | **GOODWIN PROCTER LLP** |
| | 601 S. Figueroa St., 41st Floor |
| | Los Angeles, California  90017 |
| | Tel.:   213.426.2500 |
| | Fax.:   213.623.1673 |
| | |
| | *Counsel for Defendants* |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: April __8__, 2015

_/s/ signature_

Honorable Vice Chhabria
United States District Judge

**CIVIL L.R. 5-1 ATTESTATION**

I, Joshua L. Crowell, am the ECF User whose ID and Password are being used to file this STIPULATED [AND PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael T. Jones, counsel for Defendants, has concurred to its filing.

Dated: April 6, 2015                     */s/ Joshua L. Crowell*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2015, a copy of the foregoing was filed electronically via this Court's electronic filing system, and served via email on all parties registered to receive electronic notice. Notice of this filing will be served by mail on those not registered to receive such notice. Parties may access this filing through the Court's CM/ECF System.

Dated: April 6, 2015                              **GLANCY BINKOW & GOLDBERG LLP**

By: */s/ Joshua L. Crowell*
Lionel Z. Glancy
Michael Goldberg
Joshua Crowell
Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  info@glancylaw.com