1  LIONEL Z. GLANCY (#134180)
   JOSHUA L. CROWELL (#295411)
2  ROBERT V. PRONGAY (#270796)
   CASEY E. SADLER (#274241)
3  GLANCY PRONGAY & MURRAY LLP
   1925 Century Park East, Suite 2100
4  Los Angeles, California 90067
   Telephone: (310) 201-9150
5  Facsimile: (310) 201-9160

6  BETH A. KASWAN (*pro hac vice*)
   DEBORAH CLARK-WEINTRAUB (*pro hac vice*)
7  DONALD A. BROGGI
   AMANDA F. LAWRENCE (*pro hac vice*)
8  SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
   The Chrysler Building
9  405 Lexington Avenue, 40th Floor
   New York, New York 10174
10 Telephone: (212) 223-6444
   Facsimile: (212) 223-6334

*Attorneys for Lead Plaintiff Fire Retirement System of the City of Detroit and the Class*

[*Additional counsel appear on signature page.*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROSEMARY A. CRANE, PATRICK D. SPANGLER, and EPOCRATES, INC.,<br><br>    Defendants. | Case No. 13-cv-00945-VC<br><br>**NOTICE OF SETTLEMENT BETWEEN LEAD PLAINTIFF AND DEFENDANTS** |

1     Lead Plaintiff Police and Fire Retirement System of the City of Detroit ("Plaintiff") and Defendants Epocrates, Inc., Rosemary A. Crane, and Patrick D. Spangler ("Defendants" and, together with Plaintiff, the "Parties"), through their respective counsel of record, hereby give notice that they have agreed to a comprehensive settlement of all claims asserted in this matter against Defendants, subject to the approval of the Court. The Parties will prepare a formal Stipulation of Settlement and file a motion for preliminary approval of the settlement by October 23, 2015. The Parties therefore respectfully request that the Court vacate all current case deadlines pending a hearing on a motion for preliminary approval of the settlement.

Dated: September 22, 2015            **GLANCY PRONGAY & MURRAY LLP**

By: */s Joshua L. Crowell*
Lionel Z. Glancy
Joshua L. Crowell
Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
Beth A. Kaswan (*pro hac vice*)
Deborah Clark-Weintraub (*pro hac vice*)
Donald A. Broggi
Amanda F. Lawrence (*pro hac vice*)
The Chrysler Building
405 Lexington Avenue 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
dweintraub@scott-scott.com
alawrence@scott-scott.com

- and -

David R. Scott
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
david.scott@scott-scott.com

*Attorneys for Lead Plaintiff Fire Retirement System of the City of Detroit and the Class*

| | | |
|---|---|---|
| 1 | Dated: September 22, 2015 | **GOODWIN PROCTER LLP** |
| 2 | | |
| 3 | | By: */s Michael T. Jones* <br> Michael T. Jones (SBN 290660) |
| 4 | | **GOODWIN PROCTER LLP** <br> 135 Commonwealth Drive |
| 5 | | Menlo Park, California 94025 <br> Tel.:   650.752.3100 |
| 6 | | Fax.:  650.853.1038 |
| 7 | | Deborah S. Birnbach (*pro hac vice*) <br> **GOODWIN PROCTER LLP** |
| 8 | | Exchange Place <br> 53 State Street |
| 9 | | Boston, Massachusetts 02109 <br> Tel.:   617.570.1000 |
| 10 | | Fax.:  617.523.1231 |
| 11 | | *Attorneys for Defendants* |

## **CIVIL L.R. 5-1 ATTESTATION**

I, Joshua L. Crowell, am the ECF User whose ID and Password are being used to file this NOTICE OF SETTLEMENT BETWEEN LEAD PLAINTIFF AND DEFENDANTS. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael T. Jones, counsel for Defendants, has concurred to its filing.

*s/ Joshua L. Crowell*
Joshua L. Crowell

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND LOCAL CIVIL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On September 22, 2015, I caused to be served the following document:

**NOTICE OF SETTLEMENT BETWEEN LEAD PLAINTIFF AND DEFENDANTS**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

And on any non-ECF registered parties:

**By U.S. Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2015, at Los Angeles, California.

*s/ Joshua L. Crowell*
Joshua L. Crowell

307638.1 EPOCRATES

# Mailing Information for a Case 3:13-cv-00945-VC Police and Fire Retirement System of the City of Detroit v. Crane et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Deborah Sager Birnbach**
  dbirnbach@goodwinprocter.com

- **Anne Louise Box**
  abox@scott-scott.com,edewan@scott-scott.com,efile@scott-scott.com

- **Deborah Clark-Weintraub**
  dweintraub@scott-scott.com,efile@scott-scott.com

- **Joshua L Crowell**
  jcrowell@glancylaw.com

- **Hal Davis Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com,lglancy@glancylaw.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,edewan@scott-scott.com,tcrockett@scott-scott.com,efile@scott-scott.com

- **Michael T. Jones**
  mjones@goodwinprocter.com,AGutierrez@goodwinprocter.com,MOdiakosa@goodwinprocter.com,CaseMatters@goodwinprocter.com

- **Beth A Kaswan**
  bkaswan@scott-scott.com

- **Amanda Lawrence**
  alawrence@scott-scott.com

- **Teodora Emilova Manolova**
  tmanolova@goodwinprocter.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Nicholas A Reider**
  nreider@goodwinprocter.com

- **Casey Edwards Sadler**
  csadler@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Donald            Broggi
Scott  Scott LLP
The Chrysler Building
405 Lexington Avenue
40th Floor
New York, NY 10174
```