# EXHIBIT A

GOODWIN | PROCTER

Goodwin Procter LLP  
Counselors at Law  
135 Commonwealth Drive  
Menlo Park CA 94025

T: 650.752.3100  
F: 650.853.1038  
goodwinprocter.com

November 4, 2015

## VIA FEDERAL EXPRESS AND CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED, FOR P.O. BOX ADDRESSES

### TO: ALL ADDRESSEES IN ATTACHMENT A

Re:   Notice of Proposed Class Action Settlement in *Police & Fire Ret. Sys. of the City of Detroit v. Crane*, N.D. Cal., Case No. 13–cv–00945–VC.

Dear Sir/Madam:

Pursuant to 28 U.S.C. § 1715(b), you are hereby notified of a proposed settlement of the above-captioned class action lawsuit (the "Class Action") currently pending before the United States District Court for the Northern District of California ("the Court"). This notice is provided on behalf of all defendants in the Class Action. Enclosed herewith is a CD containing the documents referenced below.

(1)   *A copy of the complaint and any materials filed with the complaint and any amended complaints (28 U.S.C. § 1715 (b)(1))*;

The Class Action Complaint for Violations of the Federal Securities Laws filed March 1, 2013, Amended Class Action Complaint filed October 8, 2013, Second Amended Class Action Complaint filed June 25, 2014, Third Amended Class Action Complaint filed October 23, 2014, and all attachments thereto, filed in the Class Action are included on the enclosed CD in the folder labeled "Tab 1."

These documents, as well as all other documents referenced in this letter, are also available on the Internet via the federal government's Pacer service at https://ecf.cand.uscourts.gov/cgi-bin/login.pl. Additional information about Pacer may be found at http://pacer.psc.uscourts.gov.

(2)   *Notice of any scheduled judicial hearing in the class action (28 U.S.C. § 1715 (b)(2))*;

On October 30, 2015, Plaintiff in the Class Action filed a motion (the "Preliminary Approval Motion") requesting preliminary approval of the proposed settlement, approval of a proposed class notice, and the scheduling of a fairness hearing. The Court has scheduled a hearing on the Preliminary Approval Motion for December 10, 2015, at 10:00 am, at the San Francisco Courthouse, Courtroom 4 on the 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The notice of motion and the motion for preliminary approval are included on the enclosed CD in the folder labeled "Tab 2."

ACTIVE/84102271.1



Goodwin Procter LLP
Counselors at Law
135 Commonwealth Drive
Menlo Park  CA 94025

T: 650.752.3100
F: 650.853.1038
goodwinprocter.com

November 4, 2015
Page 2

(3) *Any proposed notification to class members of (a) the members' rights to request exclusion and (b) a proposed settlement of a class action (28 U.S.C. § 1715 (b)(3));*

A proposed notice to class members, as well as a summary notice for publication, are included on the enclosed CD in the folder labeled "Tab 3."

(4) *Any proposed class action settlement (28 U.S.C. § 1715(b)(4));*

The Stipulation of Settlement, and all attachments thereto, as filed with the Court on October 30, 2015, is included on the enclosed CD in the folder labeled "Tab 4."

(5) *Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants (28 U.S.C. § 1715(b)(5));*

As reflected in paragraph 7.4 of the Stipulation of Settlement, the parties have entered into a confidential supplement agreement regarding requests for exclusion (the "Supplemental Agreement") which gives Defendants the right to terminate the settlement in the event that class members timely and validly requesting exclusion from the class meet the conditions set forth in the Supplemental Agreement. The parties have agreed not to file this Supplemental Agreement with the Court unless the Court requires it and to otherwise keep its terms confidential.

(6) *Any final judgment or notice of dismissal (28 U.S.C. § 1715(b)(6));*

No final judgment or notice of dismissal has yet been entered. A proposed final judgment and order of dismissal, as filed with the Court on October 30, 2015, is included on the enclosed CD in the folder labeled "Tab 5."

(7) *(a) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (b) if not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement (28 U.S.C. § 1715 (b)(7));*

Given the nature of the claims in the Class Action, it is not feasible to provide the names of class members who reside in each state, nor is it feasible to provide the estimated proportionate share of the claims of such members to the entire settlement.

(8) *Any written judicial opinion relating to the materials described under (3) through (6) above (28 U.S.C. § 1715(b)(8)).*

No written judicial opinions exist relating to the settlement as of this date.



Goodwin Procter LLP
Counselors at Law
135 Commonwealth Drive
Menlo Park  CA 94025

T: 650.752.3100
F: 650.853.1038
goodwinprocter.com

November 4, 2015
Page 3

Kindly acknowledge receipt of this notice by date-stamping the additional copy provided for that purpose and returning it in the self-addressed, postage-prepaid envelope also enclosed.

Very truly yours,

*Alexis Shapiro* /JE

Alexis L. Shapiro
ashapiro@goodwinprocter.com
GOODWIN PROCTER LLP
53 Exchange Place
Boston, Massachusetts  02109
Tel:  (617) 570-1000
Fax:  (617) 523-1231
*Attorney for Defendants*

Attachment and Enclosure

GOODWIN PROCTER

Goodwin Procter LLP  
Counselors at Law  
135 Commonwealth Drive  
Menlo Park CA 94025

T: 650.752.3100  
F: 650.853.1038  
goodwinprocter.com

November 4, 2015  
Page 4

## ATTACHMENT A: ADDRESSEES

**Offices of Federal and State Officials:**

U.S. Department of Justice  
Room B-103  
950 Pennsylvania Avenue, NW  
Washington, DC 20530

Office of the Attorney General  
211 4th Street, Suite 200  
Juneau, AK 99811

Office of the Attorney General  
200 Tower Bldg.  
323 Center St., Suite 200  
Little Rock, AR 72201

Office of the Attorney General  
Ralph L. Carr Colorado Judicial Center  
1300 Broadway, 10th Floor  
Denver, CO 80203

Office of the Attorney General  
Carvel State Office Building  
820 N. French Street  
Wilmington, DE 19801

Office of Attorney General  
400 S. Monroe Street  
The Capitol PL-01  
Tallahassee, FL 32399

Department of the Attorney General  
425 Queen Street  
Honolulu, HI 96813

Office of the Attorney General  
501 Washington Avenue  
Montgomery, AL 36104

Office of the Attorney General  
1275 West Washington Street  
Phoenix, AZ 85007-2926

CAFA Coordinator  
Office of the Attorney General  
Consumer Law Section  
455 Golden Gate Avenue  
San Francisco, CA 94102

Office of the Attorney General  
55 Elm Street  
Hartford, CT 06106

Office of the Attorney General  
441 4th Street, NW  
Washington, DC 20001

Office of the Attorney General  
40 Capitol Square, SW  
Atlanta, GA 30334

Office of Attorney General  
700 W. Jefferson Street, Suite 210  
Boise, ID 83720-0010

GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
135 Commonwealth Drive
Menlo Park CA 94025

T: 650.752.3100
F: 650.853.1038
goodwinprocter.com

November 4, 2015
Page 5

Illinois Attorney General
Chicago Main Office
100 West Randolph Street
Chicago, IL 60601

Office of the Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Iowa Attorney General
1305 E. Walnut Street
Des Moines, IA 50319

Kansas Attorney General
Memorial Hall, 2nd Floor
120 SW 10th Street
Topeka, KS 66612

Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

Office of the Attorney General
1885 N. Third Street
Baton Rouge, LA 70802

Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333

Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202

Office of the Attorney General
CAFA Coordinator/General Counsel's Office
One Ashburton Place
Boston, MA 02108

Office of the Attorney General
G. Mennen Williams Building
7th Floor
525 W. Ottawa Street
Lansing, MI 48909

Office of Minnesota Attorney General
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101-2131

Mississippi Attorney General's Office
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201

Attorney General's Office
Supreme Court Building
207 W. High Street
Jefferson City, MO 65102

Attorney General
Department of Justice
215 North Sanders Street
Helena, MT 59601

Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509

Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701-4717

ACTIVE/84102271.1

GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
135 Commonwealth Drive
Menlo Park CA 94025

T: 650.752.3100
F: 650.853.1038
goodwinprocter.com

November 4, 2015
Page 6

New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301

Office of the Attorney General
RJ Hughes Justice Complex
8th Floor, West Wing
25 Market Street
Trenton, NJ 08625-0080

Office of the Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501

Office of the Attorney General
The Capitol
State Street
Albany, NY 12224

Attorney General's Office
9001 Mail Service Center
Raleigh, NC 27699-9001

Office of the Attorney General
State Capitol
600 E. Boulevard Avenue
Dept. 125
Bismarck, ND 58505

Attorney General of Ohio
State Office Tower
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301

Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903

Office of the Attorney General
Rembert Dennis Building
1000 Assembly Street, Room 519
Columbia, SC 29201

Office of the Attorney General
1302 E Hwy 14, Suite 1
Pierre, SD 57501

Office of the Attorney General
425 5th Avenue North
Nashville, TN 37202-0207

Office of the Attorney General
300 W. 15th Street
Austin, TX 78701

Office of the Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114

Office of the Attorney General of Vermont

Office of the Attorney General

GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
135 Commonwealth Drive
Menlo Park CA 94025

T: 650.752.3100
F: 650.853.1038
goodwinprocter.com

November 4, 2015
Page 7

109 State Street
Montpelier, VT 05609-1001

900 East Main Street
Richmond, VA 23219

Office of the Attorney General
1125 Washington Street, SE
Olympia, WA 98504-0100

West Virginia Attorney General
State Capitol Complex
1900 Kanawha Boulevard
Bldg. 1, Room E-26
Charleston, WV 25305

Wisconsin Attorney General
114 East State Capitol
Madison, WI 53707-7857

Attorney General's Office
123 Capitol Building
200 W. 24th Street
Cheyenne, WY 82002

Office of the Attorney General
P.O. Box 27
Apia
Samoa

Attorney General Office
590 South Marine Corps Drive
ITC Bldg., Suite 706
Tamuning, GU 96913

Attorney General for the Republic of the
Marshall Islands
P.O. Box 890
Majuro, MH 96960
Republic of the Marshall Islands

Office of the Attorney General for the
Federated States of Micronesia
P.O. Box PS-105
Palikir, Pohnpei, FM 96941

Attorney General for the Northern Mariana
Islands
Administration Building
P.O. Box 10007
Saipan, MP 96950

Attorney General for Palau
P.O. Box 1365
Koror, PW 96940

Edificio Principal del Depto. de Justicia
P.O. Box 902192
Miramar, San Juan, PR 00902

Attorney General for the Virgin Islands
Department of Justice
34-38 Kronprinsdens Gade
G.E.R.S. Building, Second Floor
St. Thomas, VI 00802

ACTIVE/84102271.1