LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
JOSHUA L. CROWELL (#295411)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: jcrowell@glancylaw.com

BETH A. KASWAN (*pro hac vice*)
DEBORAH CLARK-WEINTRAUB (*pro hac vice*)
AMANDA F. LAWRENCE (*pro hac vice*)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

*Attorneys for Lead Plaintiff Police and Fire Retirement System of the City of Detroit and the Class*

*[Additional counsel appear on signature page.]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROSEMARY A. CRANE, PATRICK D. SPANGLER, and EPOCRATES, INC.,<br><br>　　　　Defendants. | Case No. 13-cv-00945-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUND**<br><br>Hearing Date:　September 21, 2017<br>Time:　　　　　10:00 a.m.<br>Location:　　　Courtroom 4, 17th Floor<br>Judge:　　　　Hon. Vince Chhabria |

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR DISTRIBUTION
OF CLASS SETTLEMENT FUND
Case No. 13-cv-00945-VC

Plaintiff Police and Fire Retirement System of the City of Detroit ("Plaintiff"), having filed an Unopposed Motion for Distribution of Class Settlement Fund, this Court having considered all the papers filed in connection with such motion and having a hearing thereon, and good cause appearing:

IT IS HEREBY ORDERED that:

1. The Plan of Distribution is approved as fair and reasonable;

2. The administrative determinations of Kurtzman Carson Consultants LCC ("KCC") accepting claims as set forth in the Distribution Affidavit of Michael Joaquin dated July 25, 2017, (the "Joaquin Affidavit"), including claims postmarked after May 13, 2016 through and including July 14, 2017, are approved and such claims are accepted;

3. The administrative determinations of KCC rejecting the claims, indicated on Exhibit B-3 to the Joaquin Affidavit are approved and such claims are rejected; and any claims received after July 14, 2017, are, and shall be, rejected;

4. KCC shall be paid the additional sum of $53,127.98 from the Settlement Fund for the balance of its fees and expenses incurred, and to be incurred, in connection with services performed, and to be performed, by KCC in administering and distributing the Settlement Fund;

5. The balance of the Net Settlement Fund (after deducting payments previously allowed and those approved herein) shall be distributed to the eligible Claimants listed on Exhibits B-1 and B-2 to the Joaquin Affidavit, in accordance with the Distribution Plan;

6. The payments to be distributed to the accepted Claimants shall bear the notation "CASH PROMPTLY; VOID AND SUBJECT TO RE-DISTRIBUTION IF NOT CASHED 90 DAYS AFTER ISSUE DATE." Lead Counsel and KCC are authorized to take appropriate actions to locate and/or contact any eligible Claimant who has not cashed his, her, or its distribution within said time;

7. If there is any balance remaining in the Settlement Fund after six months from the dates of the distribution of the Settlement Fund (whether by reason of tax refunds, uncashed checks, or otherwise), any such balance shall be reallocated among and distributed to Authorized Claimants

1 in an equitable fashion, if logistically feasible and economically justifiable and, after any such
2 reallocation (or if no such reallocation is undertaken), any remaining balance shall be donated to Bay
3 Area Legal Aid, a 501(c)(3) non-profit organization;

4     8.    All persons involved in the review, verification, calculation, tabulation, or any other
5 aspect of the procession of the claims submitted herein, or otherwise involved in the administration
6 or taxation of the Settlement Fund, including Lead Counsel and KCC, are hereby released and
7 discharged from any and all claims arising out of such involvement and all Class members, whether
8 or not they are to receive payment from the Settlement Fund, are barred from making any further
9 claim against the Settlement Fund or any of the Released Persons beyond the amount allocated to
10 them, pursuant to this Order;

11     9.    KCC is hereby authorized to discard paper or hard copies of the Proof of Claim forms
12 and supporting documents, no less than one year after the distribution of the Net Settlement Fund to
13 eligible Claimants, and electronic or magnetic media data, no less than three years after the
14 distribution of the Net Settlement Fund to the eligible Claimants; and

15     10.    This Court retains jurisdiction over any further application or matter which may arise
16 in connection with this action.

**IT IS SO ORDERED.**

DATED: _____, 2017

THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE